Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Mr. M. C. Harrison* for petitioner. *Mr. Robert H. Jamison* for respondent.

No. 539. CLEVELAND *v.* SECOND NATIONAL BANK & TRUST Co. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William Alfred Lucking* for petitioner. *Mr. William C. O'Keefe* for respondent.

No. 204. GRECO *v.* WHITECOTTON, WARDEN. December 3, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied. Petitioner *pro se. J. E. Taylor*, Attorney General of Missouri, and *Robert L. Hyder*, Assistant Attorney General, for respondent.

No. 499. WHEELER *v.* BOWLES, PRICE ADMINISTRATOR. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. John F. Reilly, Carl E. Davidson* and *Sidney J. Graham* for petitioner. *Solicitor General McGrath, Messrs. John R. Benney* and *David London* for respondent.

No. 515. KIRK *v.* SQUIER, WARDEN. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Loren Grinstead* for petitioner. *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Laurence A. Knapp* for respondent.